459 A.2d 21

Chase v. Chase, Appellant.

Argued June 15, 1982.
Rosemary Markham, for appellant; William S. Scott, for appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Order affirmed.

461 A.2d 864

Colonial Village Mt. Mkt. Corp. v. Baranzano, Appellants.
Reargument Denied June 20, 1983.

Argued December 8, 1981. Steven R. Sosnov, for appellants; Lawrence J. Avallone, for appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

The appeal is quashed.

CAVANAUGH, J., concurred in the result.